## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is 04/18/07 .The cost of the mailing is $ 4.8\_\_ Certified mail # 7006 3450 0001 8998 3939

to:

Civil Process Clerk

Alberto Gonzales

United States Attorney General

950 Pennsylvania Avenue

Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____
Signature

5/7/07
Date

**RECEIVED**

MAY 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
FOR THE DISTRICT OF COLUMBIA

Jack D Thrasher

**SUMMONS IN A CIVIL CASE**

v.

United States Government

Case: 1:07-cv-00627
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/2/2007
Description: THRASHER V. USA

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Jack D Thrasher
10325 Cypresswood Drive Apt. 1027
Houston, Tx 77070
702-987-4590

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**
Court Clerk

APR 0 2 2007
Date

by    Deputy Clerk

1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ☐ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>☐ Print your name and address on the reverse so that we can return the card to you.<br>☐ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Pamela Parker_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>APR 1 8 2007 |
| 1. Article Addressed to:<br>Civil Process Clerk<br>Alberto Gonzales<br>U.S. Attorney General<br>950 Pennsylvania Ave.<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0001 8998 3939 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



7006 3450 0001 8998 3939

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $0.63 | 0059 |
| Certified Fee | $2.40 | 08 |
| Return Receipt Fee (Endorsement Required) | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.88 | 04/13/2007 |

Sent To: Alberto Gonzales U.S. Att. Gen.
950 Pennsylvania Ave
Washington DC 20530

# AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is 04/20/07_____. The cost of the mailing is $4.85_____ Certified mail # 7006 3450 0001 8998 3946 to:

Civil Process Clerk
Jeffery A Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20001

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____                          5/7/07
Signature                                                              Date

# United States District Court
## FOR THE DISTRICT OF COLUMBIA

Jack D Thrasher

v.

United States Government

To:

Civil Process Clerk

Jeffery A Taylor

United States Attorney

District of Columbia

5808A Judiciary Center Building

555 Fourth Street, NW

Washington, DC 20001

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00627
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/2/2007
Description: THRASHER v. USA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Jack D Thrasher 10325 Cypresswood Drive Apt. 1027 Houston, Tx 77070 281-466-2693

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**
_____
Court Clerk

_[signature]_
by    Deputy Clerk

APR 0 2 2007
_____
Date

1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>APR 2 0 2007 |
| 1. Article Addressed to: Civil Process Clerk<br>Jeffrey A Taylor<br>U.S. Attorney<br>District of Columbia<br>5808A Judiciary Ctr Bldg<br>555 4th Street NW<br>Washington DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0001 8998 3946 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20001

| | |
|---|---|
| Postage | $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.88 |

Postmark Here — 04/13/2007

Sent To: Jeffrey A Taylor U.S. Attorney
Street, Apt No.; or PO Box No.: 555 4th St NW
City, State, ZIP+4: Washington DC 20001

PS Form 3800, August 2006    See Reverse for Instructions

7006 3450 0001 8998 3946