**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUL 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jack D Thrasher

    Plaintiff(s),

v.

United States

    Defendant.

Case No. 1:07-cv-00627 RMU

NOTICE OF CHANGE OF ADDRESS

All parties will take notice of plaintiff's new address:

Jack D. Thrasher
P.O. Box 366
Genoa, Nevada 89411

Dated June 30th, 2007

_Jack D Thrasher_